# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2253

_____

RENALDO LEON WINTERS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

September 14, 2018

PER CURIAM.

   Renaldo Leon Winters challenges the denial of his motion for postconviction relief. We affirm.

   The trial court summarily denied the first seven grounds of his motion but granted an evidentiary hearing on the eighth and final ground. We affirm the summary denial of the initial seven grounds because Winters did not specify facts, unrebutted by the record, demonstrating entitlement to relief. *See Rose v. State*, 617 So. 2d 291, 296 (Fla. 1993); *see also Cortes v. State*, 85 So. 3d 1135, 1139 (Fla. 4th DCA 2012). We note that in concluding Winters did not establish a basis for relief, this court consulted our own records, as we are permitted to do. *See Loren v. State*, 601 So. 2d 271 (Fla. 1st DCA 1992).

As for the remaining ground, which alleged trial counsel was deficient in failing to advise Winters of the possibility of sentencing as a Prison Releasee Reoffender, we find no basis to overturn the trial court's findings of fact and credibility determinations following an evidentiary hearing.

Accordingly, the order denying postconviction relief is AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Victor Holder, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.